CASE 19-C-61
BROOKE
PAGE 0001

MARY E WHITE                    VS. CMH HOMES, INC.


LINE   DATE   ACTION

```
 1  08/26/19   CASE FILED
 2             CIVIL CASE SHEET
 3             COMPL WITH PLTF'S FIRST SET OF INTERR & RQSTS FOR PRDCTN OF
 4              DCMNTS & THINGS ATTACHED THEREOF
 5             NOT OF SERVICE BY FIRST CLASS MAIL
 6             SUMM,COMPL WITH INTERR & RQSTS FOR PRDCTN OF DCMNTS & THINGS
 7              ISSUED & SENT TO SOS FOR SERVICE ON CMH HOMES,INC., DBA CLAYTON
 8              HOMES MORGANTOWN & R&J CONTRACTING,LLC
 9             SUMM,COMPL WITH INTERR & RQSTS FOR PRDCTN OF DCMNTS & THINGS
10              ISSUED & SENT BY CM TO ANDREW CAMEON
11             FILE CPY OF SUMM
12             CM RCPT #7018 2290 0002 1477 8132
```
                                                            MLW

 CT Corporation

**Service of Process Transmittal**
09/03/2019
CT Log Number 536166720

TO:     SHARON WEBB
        The Clayton Companies
        5000 Clayton Rd
        Maryville, TN 37804-5550

RE:     **Process Served in West Virginia**

FOR:    CMH HOMES, INC.  (Domestic State: TN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MARY E. WHITE, PLTF. vs. CMH HOMES, INC., ETC., ET AL., DFTS. |
| **DOCUMENT(S) SERVED:** | NOTICE(S), SUMMONS, COMPLAINT, INTERROGATORIES, CERTIFICATE |
| **COURT/AGENCY:** | BROOKE COUNTY CIRCUIT COURT, WV<br>Case # 19C61 |
| **NATURE OF ACTION:** | Plaintiff Demands A Trial By Jury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Charleston, WV |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/03/2019 postmarked on 08/29/2019 |
| **JURISDICTION SERVED :** | West Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service of this summons upon you, exclusive of the day of service. |
| **ATTORNEY(S) / SENDER(S):** | Sandra K. Law, Esq.<br>Schrader Companion Duff & Law, PLLC<br>401 Main Street<br>Wheeling, WV 26003<br>304-233-3390 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  UPS Next Day Air , 1ZX212780125750039<br><br>Image SOP<br><br>Email Notification,  Todd Fulks  todd.fulks@claytonhomes.com<br><br>Email Notification,  SHARON WEBB  sharon.webb@claytonhomes.com<br><br>Email Notification,  Bryan Powell  bryan.powell@claytonhomes.com<br><br>Email Notification,  Audra Norwood  audra.norwood@claytonhomes.com<br><br>Email Notification,  Todd Maynard  todd.maynard@claytonhomes.com<br><br>Email Notification,  Cindi Day  cindi.day@claytonhomes.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1627 Quarrier St<br>Charleston, WV 25311-2124 |

Page 1 of  2 / AK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

 CT Corporation

**Service of Process Transmittal**
09/03/2019
CT Log Number 536166720

**TO:**    SHARON WEBB
The Clayton Companies
5000 Clayton Rd
Maryville, TN 37804-5550

**RE:**    **Process Served in West Virginia**

**FOR:**   CMH HOMES, INC.  (Domestic State: TN)

**For Questions:**            302-658-7581/7582/7583

Page 2 of  2 / AK

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



U.S. POSTAGE >> PITNEY BOWES

ZIP 25311   $ 006.55⁰
02  4W
0000336734 AUG  29  2019

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**USPS CERTIFIED MAIL™**



9214 8901 1251 3410 0002 5763 15

**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

CMH HOMES, INC.
C. T. Corporation System
1627 QUARRIER ST.
CHARLESTON, WV 25311

| | |
|---|---|
| **Control Number:** 245014 | **Agent:** C. T. Corporation System |
| **Defendant:** CMH HOMES, INC. | **County:** Brooke |
| 1627 QUARRIER ST. | **Civil Action:** 19-C-61 |
| CHARLESTON, WV 25311 US | **Certified Number:** 92148901125134100002576315 |
| | **Service Date:** 8/29/2019 |

I am enclosing:

**1 interrogatories, 1 request for production, 1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted
service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of
process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this
document directly to the court or the plaintiff's attorney, shown in the enclosed paper, not to the Secretary of State's office.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

**IN THE CIRCUIT COURT OF __BROOKE__ COUNTY, WEST VIRGINIA**

**MARY E. WHITE**
**Plaintiff**
**VS.**                                    CIVIL ACTION NO. **19-C-61**
                                           **JUDGE: DAVID J SIMS**

c̶C̶M̶H̶ ̶H̶O̶M̶E̶S̶,̶ ̶I̶N̶C̶.̶,̶ d/b/a C̶l̶a̶y̶t̶o̶n̶ H̶o̶m̶e̶s̶ M̶o̶r̶g̶a̶n̶t̶o̶w̶n̶,̶ ̶W̶.̶V̶ and **ANDREW**
**CAMEON, and R & J CONTRACTING, LLC., and DOUG BOWSER**
**Defendants**

<u>NOTICE OF SERVICE BY FIRST CLASS MAIL</u>

To:    <u>PROCESS SECTION</u>
       <u>SECRETARY OF STATE</u>
       <u>BUILDING 1 SUITE 157K</u>
       <u>1900 KANAWHA BLVD EAST</u>
       <u>CHARLESTON WV 25305-0770</u>

The enclosed summons and complaint are served pursuant to Rule 4(d)(1)(C) of the West Virginia Rules of Civil Procedure.

You must complete the acknowledgment part of this form and return one copy of the completed form to the Office of the Clerk of the Circuit Court of __Brooke__ County within 20 days.

You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association(including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the Office of the Clerk of the Circuit Court of <u>Brooke</u> County within 20 days, you(or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do not complete and return this form, you(or the party on whose behalf you are being served) must answer the complaint within 30 days. If you fail to do so, judgement by default may be taken against you for the relief demanded in the complaint, except for divorce cases in which irreconcilable differences are stated as the grounds.

I declare that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on the __26__ day of __August__, 2019

<u>GLENDA BROOKS</u>                              <u>August 26,2019</u>
By: _____
    Deputy

<u>ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT</u>

I declare that I have received a copy of the summons and of the complaint in the above-captioned matter at

_____
                    (*address*)

_____          _____
        Signature                        Relationship to Entity/Authority to Receive
                                                  Service of Process

_____
      Date of Signature

IN THE CIRCUIT COURT OF __BROOKE__ COUNTY, WEST VIRGINIA

**MARY E. WHITE**
**Plaintiff**
      **VS.**

                    **CIVIL ACTION NO. 19-C-61**
                    **JUDGE: DAVID J SIMS**

**CMH HOMES, INC., d/b/a Clayton Homes Morgantown, WV and ANDREW CAMEON, and R & J CONTRACTING, LLC., and DOUG BOWSER**
**Defendants**

<u>**NOTICE OF SERVICE BY FIRST CLASS MAIL**</u>

To:     PROCESS SECTION
         SECRETARY OF STATE
         BUILDING 1 SUITE 157K
         1900 KANAWHA BLVD EAST
         CHARLESTON WV 25305-0770

      The enclosed summons and complaint are served pursuant to Rule 4(d)(1)(C) of the West Virginia Rules of Civil Procedure.

      You must complete the acknowledgment part of this form and return one copy of the completed form to the Office of the Clerk of the Circuit Court of __Brooke__ County within 20 days.

      You must sign and date the acknowledgment. If you are served on behalf of a corporation, unincorporated association(including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

      If you do not complete and return the form to the Office of the Clerk of the Circuit Court of Brooke County within 20 days, you(or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

      If you do not complete and return this form, you(or the party on whose behalf you are being served) must answer the complaint within 30 days. If you fail to do so, judgement by default may be taken against you for the relief demanded in the complaint, except for divorce cases in which irreconcilable differences are stated as the grounds.

      I declare that this Notice and Acknowledgment of Receipt of Summons and Complaint was mailed on the __26__ day of __August__, 2019

By: GLENDA BROOKS
    Deputy

                                    __August 26,2019__

<u>**ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT**</u>

I declare that I have received a copy of the summons and of the complaint in the above-captioned matter at

_____
                              (*address*)

_____      _____
    Signature                                 Relationship to Entity/Authority to Receive
                                             Service of Process

_____
    Date of Signature



ORIGINAL

## SUMMONS
### CIRCUIT COURT OF BROOKE COUNTY, WEST VIRGINIA

MARY E WHITE
                    **PLAINTIFF,**
VS.                                    CIVIL ACTION NO.  19-C-61
                                        JUDGE:  DAVID J. SIMS
CMH HOMES,INC.,d/b/a Clayton Homes Morgantown, WV, ANDREW
CAMEON, and R & J CONTRACTING, LLC., AND DOUG BOWSER
                    **DEFENDANTS.**

**To the above named Defendant:**

      IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby Summoned

and required to serve upon SANDRA LAW, plaintiff's attorney, whose address is 401 MAIN

STREET, WHEELING, WV, 26003 an answer including any related counterclaim you may

have to the complaint filed against you in the above civil action, a true copy of which is

herewith delivered to you.  You are required to serve your answer within  30  days after

service of this summons upon you, exclusive of the day of service.  If you fail to do so,

judgment by default will be taken against you for the relief demanded in the complaint and

you will be thereafter barred from asserting in another action any claim you may have which

must be asserted by counterclaim in the above style civil action.

                                         GLENDA BROOKS
                                         CLERK OF COURT
Dated: August 26, 2019

                  BY:

                                         DEPUTY CLERK

*Please Serve:*
*CMH HOMES,INC. D/B/A*
*CLAYTON HOMES*
*MORGANTOWN, WV*
*C/O CT CORPORATION SYSTEM*
*1627 QUARRIER STREET*
*CHARLESTON, WV 25322-2124*

d:\corel\boiler\civsum.wpd

## IN THE CIRCUIT COURT OF BROOKE COUNTY, WEST VIRGINIA

MARY E. WHITE,                                    :
                                                  :
      Plaintiff,                           :
                                                  :
v.                                                :    Civil Action No. _____
                                                  :
CMH HOMES, INC., d/b/a Clayton                    :
Homes Morgantown, WV, and ANDREW                  :
CAMEON, and R & J CONTRACTING,                    :
LLC., and DOUG BOWSER,                            :
                                                  :
      Defendants.                          :

### COMPLAINT

Comes now the Plaintiff, Mary E. White, and files the following Complaint against CMH Homes, Inc., d/b/a Clayton Homes Morgantown, WV, Andrew Cameon, R & J Contracting, LLC and Doug Bowser.

1.  The Plaintiff is a resident of Brooke County, West Virginia.

2.  Defendant CMH Homes, Inc. (hereinafter "CMH") is a Tennessee corporation, conducting business in West Virginia under the trade name of Clayton Homes Morgantown, WV.

3.  Andrew Cameon is a West Virginia resident, and the Home Center Manager for Clayton Homes Morgantown, WV.

4.  R & J Contracting, LLC is a West Virginia limited liability company and a licensed contractor in West Virginia.

5.  Doug Bowser is a West Virginia resident, and is a non-licensed contractor in West Virginia.

6. On or about July 6, 2017, the Plaintiff entered into a contract with Defendant
   CMH for the purchase of a manufactured home, to be delivered and installed
   on the Plaintiff's property in Brooke County, West Virginia.

7. Prior to delivery of the home, the contract required Defendant CMH to have a
   licensed dealer or contractor inspect the home site, conduct a soil evaluation
   test and design footings.

8. Prior to delivery of the home, the contract required Defendant CMH to have a
   licensed dealer or contractor complete the foundation, including digging
   footings and pouring concrete.

9. The contract required the foundation and home installation to be constructed
   in accordance with the Manufactured Installation Manual accompanying the
   home, and in a method approved by the West Virginia Manufactured Housing
   Construction and Safety Standards Board.

10. At the time of signing the contract, the Defendant's representative told the
    Plaintiff their work on her foundation would begin immediately.

11. Defendant R & J Contracting inspected the site and, contrary to the contract,
    told the Plaintiff she was required to dig the hole for the foundation.

12. Defendants CMH and Cameron, contrary to the contract, also tried to
    convince the Plaintiff that she should dig the hole for the foundation.

13. When the Plaintiff refused to dig her foundation, Defendant Cameon told her
    that Defendant Bowser, who is not a licensed contractor, would be performing
    her foundation work.

2

14. The Plaintiff made numerous calls and sent numerous texts to Defendant CMH and Cameon, and calls to Bowser, asking when the foundation work would begin.  Whenever the Defendants responded, they would falsely tell the Plaintiff work would start "next week," or "soon."

15. Machinery necessary for the foundation work was delivered to the Plaintiff's property on or about June 13, 2018. Defendant Bowser worked on the foundation off and on until August 21, 2018.

16. Defendant Bowser told the Plaintiff he had wanted to start the foundation work in March of 2018, but CMH hadn't drawn up a contract or issued him payment, and did not allow him to start working on the foundation until June 2018.

17. Defendant Bowser did not perform the foundation work in a workmanlike manner, in accordance with industry standards or consistent with CMH plans or the home's specifications.

18. The foundation provided by the Defendants does not meet West Virginia statutory building code requirements.

19. The Plaintiff repeatedly complained about the poor quality of Bowser's work to the Defendants. The Defendants have taken no action to correct any of the foundation problems.

20. The Plaintiff repeatedly requested copies of the foundation blueprints, and Defendant CMH and Cameon refused to produce them.

21. As of this date, more than two years after the parties entered into the contract, the Defendants have not timely, appropriately, or in compliance with

3

regulations, plans and industry standards, completed or repaired the Plaintiff's foundation.

22. As of this date, the Defendants have not delivered or installed the Plaintiff's home.

23. The Defendants conduct in failing to conduct a soil evaluation test is a fraud, intentional misconduct, a breach of contract, and a violation of West Virginia industry standards, the West Virginia Consumer Protection Act, and the Magnuson-Moss Warranty Act.

24. The Defendants conduct, in telling the Plaintiff she was required to dig the hole for her foundation, was an intentional misrepresentation and a breach of contract.

25. The Defendants delay of over a year in completing her foundation work was unreasonable and a breach of contract.

26. The Defendants negligently constructed the Plaintiff's foundation.

27. The Defendants' construction of the Plaintiff's foundation was a breach of contract, and a violation of West Virginia industry standards, the West Virginia Consumer Protection Act, and the Magnuson-Moss Warranty Act.

28. The Defendants' failure to repair the Plaintiff's foundation is a breach of contract and a violation of the West Virginia Consumer Protection Act, and the Magnuson-Moss Warranty Act.

29. The Defendants' failure to deliver and install the Plaintiff's manufactured home is fraud, intentional misconduct, a breach of contract, and a violation of

the West Virginia Consumer Protection Act, and the Magnuson-Moss

Warranty Act.

30. The Defendants acts and omissions constitute fraud, intentional misconduct,

breach of contract, and a violation of the West Virginia Consumer Protection

Act and the Magnuson-Moss Warranty Act.

31. On or about March 4, 2019, the Plaintiff sent a written request for mediation

of her complaints to CMH, in accordance with the Defendant's Binding

Dispute Resolution Agreement. A second written request for mediation was

sent on March 18, 2019.  CMH did not respond to the mediation requests.

32. On or about April 12, 2019, the Plaintiff filed papers, and paid a fee, to the

AAA, requesting mediation, as required by the Defendant CMH's Binding

Dispute Resolution Agreement.

33. On or about May 1, 2019, the parties agreed to a mediator, and proposed dates

for mediation in mid-May were sent to the Defendant CMH.  The Defendant

did not respond to the request to schedule the mediation in May 2019.

34. On or about June 4, the Defendant CMH indicated it would schedule the

mediation, and provided proposed mediation dates in July of 2019.  The

Plaintiff immediately agreed to the proposed mediation dates in July of 2019,

but the Defendant never scheduled the mediation.

35. For over five months, the Plaintiff has attempted to get the Defendant CMH to

comply with its own Binding Dispute Resolution Agreement.

36. The Defendants failure to timely engage in mediation is a breach of the

subject Dispute Resolution Agreement, rendering it null and void.

5

37. The Defendants' conduct in this matter has caused the Plaintiff monetary loss, aggravation, inconvenience, mental distress, financial stress, attorney fees and expenses.

38. The Defendants' conduct in this matter also entitles the Plaintiff to punitive damages.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

MARY E. WHITE, Plaintiff,

BY: _Sandra K Law_____

Counsel for Plaintiff

Frank X. Duff, Esq. (WV 1065)
Sandra K. Law, Esq. (WV 6071)
Schrader Companion Duff & Law, PLLC
401 Main Street
Wheeling, WV 26003
(304) 233-3390

## IN THE CIRCUIT COURT OF BROOKE COUNTY, WEST VIRGINIA

MARY E. WHITE,                              :

      Plaintiff,                          :

                     :

v.                                          :       Civil Action No. _____

CMH HOMES, INC., d/b/a Clayton              :
Homes Morgantown, WV, and ANDREW            :
CAMEON, and R & J CONTRACTING,              :
LLC., and DOUG BOWSER,                      :

      Defendants.                         :

### PLAINTIFF' S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS

Pursuant to Rules 33 and 34 of the West Virginia Rules of Civil Procedure, the Plaintiff requests that Defendant answer the following interrogatories and requests for production of documents.

### PRELIMINARY INSTRUCTIONS AND DEFINITIONS

(A)    Each interrogatory and request is continuing in nature.  If, after serving an answer to any interrogatory or request for a document, the Defendant obtains or becomes aware of any further information pertaining to such matters, then the Defendant is requested to serve upon the Plaintiff amended or supplementing answers or responses setting forth such information.

(B)    "Document" means the original or copies of any written, recorded, graphic, or computer generated matter, however produced, reproduced, stored or saved, including any journal, form, book, pamphlet or periodical, article, letter, correspondence, corporate minutes, telegram, report, memorandum, intra-office and inter-office communications, including electronic mail (E-mail), text messages, instant messaging, checks or drafts, working paper, record, study, bulletin, order, photograph, resolution, notebook, diary, blog, social media posting, chart, x-ray, index, data sheet, data processing card or tape recordings, transcriptions thereof, electronic data compilations from which information can be obtained, including any deleted matter now stored in a backup system or memory (e.g. hard drive, floppy disk, digital data storage, electronic tape storage, CD-ROM, CD, jump drive, electronic bulletin board service, or cloud service), microfilm, voice mails and all other memorials of any conversations, meetings and conferences, by telephone or otherwise, and all other written, recorded, graphic, computer, phone or PDA (e.g. blackberry) generated matter, however, produced, reproduced, stored, or saved which are in defendants possession, custody or control or in the possession, custody or control of any agent, employee or representative of the Defendant or Defendant' s attorneys.

1

(C)    "Identify" or "identification" when used with reference to an individual person, means to state his or her full name, last known address, position and business affiliations at the time of the transaction covered by the interrogatory answered and, when used with reference to documents, means to describe the categories and their author(s) and the date of their execution.  If such documents were, but are no longer, in the possession of the Defendant, or subject to Defendant's control, state the disposition and the date thereof.

## INTERROGATORIES

**Interrogatory No. 1:** Please identify all individuals who were involved in any transactions or communications with the Plaintiff, and describe the nature of these transactions or communications.

**Answer:**


**Interrogatory No. 2:**  Please identify all individuals responsible for performing the foundation work performed at the Plaintiff's home site, responding to the Plaintiff's numerous complaints about the foundation work performed by the Defendants at her home site, and what responses were given to the Plaintiff.

**Answer:**


**Interrogatory No. 3:**  Please identify all individuals responsible for responding to the Plaintiff's request for mediation.

**Answer:**


**Interrogatory No. 4:**  Please indicate how many times the Plaintiff contacted the Defendants, either by phone, text, letter, voicemail or e-mail after she signed the contract for her home on July 6, 2017, and the reason for these communications.

2

**Answer:**


**Interrogatory No. 5:** Please identify the individual(s) responsible for conducting the soil testing at the Plaintiff's site, any labs that performed the testing, a description of the testing performed, and when the testing was conducted.

**Answer:**


**Interrogatory No. 6:** Please state all reasons why the Plaintiff's foundation was not started until more than a year after she signed her contract on July 6, 2017.

**Answer:**


**Interrogatory No. 7:** Please identify all persons who performed work on the Plaintiff's foundation, and the contractor responsible for the work.

**Answer:**


**Interrogatory No. 8:** Please state all of the findings of Eric Tompos regarding his inspection of the Plaintiff's property and foundation on or about July 17, 2019.

**Answer:**


## REQUESTS FOR PRODUCTION

**Request No. 1:** Please produce all records, files, e-mails, texts and documentation you have regarding the Plaintiff.

**Response:**


3

**Request No. 2:**  Please produce all voicemails, phone logs, e-mails, letters, texts or any other documentation of communications to, from or with the Plaintiff.

**Response:**

**Request No. 3:**  Please produce any and all notes, reports, communications or documentation from Eric Tompos regarding his inspection, opinions and conclusions of the Plaintiff's site on July 17, 2019.

**Response:**

**Request No. 4:**  Please produce the soil testing results, reports and documentation for the Plaintiff's site.

**Response:**

**Request No. 5:**  Please produce all complaints, whether informal or formal, against the Defendants for their foundation work, for poor workmanship, and for failure to timely deliver a home.

**Response:**

**MARY E. WHITE, Plaintiff,**

BY: _Sandra K. Law_
Counsel for Plaintiff

Frank X. Duff, Esq. (WV 1065)
Sandra K. Law, Esq. (WV 6071)
Schrader Companion Duff & Law, PLLC
401 Main Street
Wheeling, WV 26003
(304) 233-3390

4

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing **PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** was served with the Complaint.


**MARY E. WHITE, PLAINTIFF**


By: _Sandra K. L_____
Counsel for Plaintiff



Frank X. Duff, Esq. (WV 1065)
Sandra K. Law, Esq. (WV 6071)
SCHRADER COMPANION DUFF & LAW, PLLC
401 Main Street
Wheeling, West Virginia 26003
(304) 233-3390

5



UNITED STATES POSTAGE

PITNEY BOWES

$ 000.50⁰

02 1P
0001925394
MAILED FROM ZIP CODE 26070

CIRCUIT COURT BROOKE COUNTY
GLENDA BROOKS, CLERK
302 COURTHOUSE SQUARE
P.O. BOX 474
WELLSBURG, WV 26070

CIRCUIT COURT BROOKE COUNTY
GLENDA BROOKS, CLERK
302 COURTHOUSE SQUARE
P.O. BOX 474
WELLSBURG, WV 26070

Search



# West Virginia Secretary of State
## Mac Warner

Home | Business4WV | News Center |

Secretary of State > Business and Licensing > Service of process search >
Search results



| Civil action # | County | Defendant | Serviced |
|---|---|---|---|
| 19-C-61 | Brooke | R&J CONTRACTING LLC | Thursday, August 29, 2019 |
| 19-C-61 | Brooke | CMH HOMES, INC. | Thursday, August 29, 2019 |

Total: 2 results



Home | Contact Us | Site Map | Disclaimer

west virginia   State Agency Directory | Online Services  Privacy, Security and Accessibility | WV.gov | USA.gov | © 2014 Sta



**UNITED STATES**
**POSTAL SERVICE** ™

Date Produced: 09/09/2019

WEST VIRGINIA SECRETARY OF STATE:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1251 3410 0002 5764 83. Our records indicate that this item was delivered on 09/03/2019 at 06:42 a.m. in CHARLESTON, WV 25322. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        257648

Date Produced: 09/02/2019

WEST VIRGINIA SECRETARY OF STATE:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 1251 3410 0002 5763 08. Our records indicate that this item was delivered on 08/31/2019 at 05:15 p.m. in GRAFTON, WV 26354. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        257630