# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING

**MARY ELIZABETH WHITE,**

    **Plaintiff,**

v().    Civil Action No. 5:19-cv-0264-JPB

**CMH HOMES, INC.** d/b/a Clayton Homes Morgantown, WV
**ANDREW CAMEON,**
**R&J CONTRACTING, LLC,** and
**DOUG BOWSTER**

    **Defendants.**

## NOTICE OF MEDIATION

    The Defendant, by counsel, Jason J. Stemple, and the law firm of Oxley Rich Sammons, PLLC hereby notifies the parties the *Mediation* will be taking place on **February 20, 2020 at 10:00 a.m.** located at the offices of McCamic, Sacco, & McCoid, PLLC at **56-58 Fourteenth Street, Wheeling, WV 26003.** You are invited to protect your interests.

    **CMH HOMES, INC.,**
    **ANDREW CAMEON,**
    **BY COUNSEL,**

/s/ Jason J. Stemple
Jason J. Stemple (WV Bar No. 8883)
**Oxley Rich Sammons, PLLC**
517 9th Street, Suite 1000
Huntington, WV 25701
Phone: (304) 522-1138
Fax: (304) 522-9528

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING**

**MARY ELIZABETH WHITE,**

    **Plaintiff,**

v.                                                                  Civil Action No. 5:19-cv-0264-JPB

**CMH HOMES, INC.** d/b/a Clayton
Homes Morgantown, WV
**ANDREW CAMEON,**
**R&J CONTRACTING, LLC,** and
**DOUG BOWSTER**

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that, on the 5th day of February, 2020 the undersigned counsel served the foregoing **Notice of Mediation** upon counsel of record by filing the document with the Clerk of the Court for the United States District Court for the Northern District of West Virginia, Division, using the CM/ECF System, which will send notification of such filing to counsel of record as follows:

Sandra K. Law, Esq (WV Bar No. 6071)
Schrader Companion Duff & Law, PLLC
401 Main Street
Wheeling, WV 26003

Carrie Goodwin Fenwick (WV Bar 7164)
Goodwin & Goodwin, LLP
300 Summers Street, Suite 1500
P.O. Box 2107
Charleston, WV 25301

Additionally, a copy of the foregoing was served via first class mail, postage prepaid, upon the following Defendant:

Doug Bowser
Bowser Contracting, LLC
1423 Jenks Fork Road
Tallmansville, WV 26237

/s/ Jason J. Stemple
Jason J. Stemple (WV Bar No. 8883)
**Oxley Rich Sammons, PLLC**
517 9th Street, Suite 1000
Huntington, WV 25701
Phone: (304) 522-1138
Fax: (304) 522-9528