IN THE UNITED STATES DISTRICT COURT
FOR THE NORHTERN DISTRICT OF WEST VIRGINIA
At Wheeling

MARY ELIZABETH WHITE,

    Plaintiff,

v.                                  Civil Action No. 5:19-CV-0264-JPB
                                    Honorable John Preston Bailey

CMH HOMES, INC., ANDREW
CAMEON, R & J CONTRACTING,
LLC and DOUG BOWSER,

    Defendants.

## STIPULATION OF DISMISSAL

Come now the Parties, by counsel, and hereby advise the Court that all issues in this matter have been resolved. Therefore, the Parties request that this matter be dismissed from the docket, with prejudice.

Respectfully submitted by:

| Counsel for the Plaintiff, | Counsel for the Defendants, |
|---|---|
| BY: /s/ *Sandra K. Law* | BY: */s/ Jason J. Stemple* |
| Frank X. Duff, Esq. (WV 1065) | Jason J. Stemple, Esq. (WV 8883) |
| Sandra K. Law, Esq. (WV 6071) | Oxley Rich Sammons |
| Schrader Companion Duff & Law, PLLC | P.O. Box 1704 |
| 401 Main Street | 517 9th Street, Suite 1000 |
| Wheeling, WV 26003 | Huntington, WV 25718 |
| (304) 233-3390 | |
| | W. Scott Simpson, Esq. |
| | SIMPSON, McMAHAN, GLICK & BURFORD, PLLC |
| | 100 Concourse Parkway Suite 310, West Tower |
| | Hoover, Alabama 35244 |
| | (205) 876-1600 |