# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Wheeling

**MARY ELIZABETH WHITE,**

      Plaintiff,

v.                                           **CIVIL ACTION NO. 5:19-CV-264**
                                                  Judge Bailey

**CMH HOMES, INC.** d/b/a Clayton
Homes Morgantown, WV,
**ANDREW CAMEON,**
**R&J CONTRACTING, LLC**, and
**DOUG BOWSER,**

      Defendants.

## ORDER DISMISSING CASE

On April 19, 2022, the parties filed a Stipulation of Dismissal [Doc. 31], advising the Court that all issues in this matter have been resolved and requesting that this matter be dismissed with prejudice. In light of the stipulation, it is **ORDERED** that this matter be, and the same is hereby **DISMISSED WITH PREJUDICE** and retired from the docket of this Court.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: April 20, 2022.

_____
JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE